**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

*FILED*

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

2004 JUL 27 A II: 03

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

U.S. DISTRICT COURT
HARTFORD, CT.

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

July 23, 2004

Bernard Green
1087 Broad St.
Bridgeport, CT 06604

**RECEIVED**
JUL 26 2004
GREEN & GROSS, P.C.

Re: Case Name: FREEMAN V BOARD OF ED
    Number: 3-00-cv-621 (CFD)

Dear Attorney:Green

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

    Plaintiff's exhibits 1-8

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
    D. Johnson
    Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 7/26/04