**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)



FILED
2004 AUG 20 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

August 10, 2004

Andrew O'Keefe
36 Russ St.
Hartford, CT 06106

    Re: Case Name: Freeman, et al v Board of Education
        Number: 3-00-cv-621 (CFD)

Dear Attorney: O'Keefe

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

    Defendant's Exhibits

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                      Sincerely,

                      Kevin F. Rowe, Clerk

                      BY _____
                      Devorah Johnson
                      Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 8-18-04